IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01398-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOE 1;
JOHN DOE 2;
JOHN DOE 3;
JOHN DOE 4;
JOHN DOE 5;
JOHN DOE 6;
JOHN DOE 7;
JOHN DOE 8;
JOHN DOE 9;
JOHN DOE 10;
JOHN DOE 11;
JOHN DOE 12;
JOHN DOE 13;
JOHN DOE 14;
JOHN DOE 15;
JOHN DOE 16;
JOHN DOE 17;
JOHN DOE 18;
JOHN DOE 19; and
JOHN DOE 20,

    Defendants.

## ORDER

In accordance with the Stipulated Motion to Dismiss All Claims By and Between

the Plaintiff and John Doe 19 with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) (ECF

No. 22) on July 17, 2014, it is hereby

ORDERED that the motion is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE** as to John Doe 19, with each party to pay its own attorney's fees and costs.

Dated:  July 17, 2014

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE