IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01398-WYD-MEH

DALLAS BUYERS CLUB, LLC,

 Plaintiff,

v.

JOHN DOES 1-5, 7-10, 12-15, 17-18, 20,

 Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 1, 2014.**

 In light of the dismissal of Defendant John Doe #19 (docket #23), Defendant John Doe #19's Motion to Quash or Vacate and for Attorneys Fees [filed July 10, 2014; docket #20] is **denied as moot**.