IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01398-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

STEPHEN OLSEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2014.**

    The Joint Motion to Vacate Scheduling Conference [filed December 2, 2014; docket #56] is **granted**. The Scheduling Conference currently set for December 10, 2014 is **vacated**. The parties shall file dismissal papers with the Court on or before January 5, 2015.